GIACOMO SICCARDI, Respondent, v. LINCOLN HEIGHTS REALTY CO., INC., and Others, Defendants, Impleaded with ALEXANDER CAPASSO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.